CO-386-online
10/03

# United States District Court
# For the District of Columbia

Innovator Enterprises, Inc.

     vs   Plaintiff

B. Todd Jones

        Defendant

Civil Action No. _____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Innovator Enterprises, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Innovator Enterprises, Inc.  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

386915
BAR IDENTIFICATION NO.

Richard E. Gardiner
Print Name

Suite 403, 3925 Chain Bridge Road
Address

Fairfax, VA 22030
City  State  Zip Code

703 352-7276
Phone Number