CO-386-online
10/03

# United States District Court
# For the District of Columbia

Innovator Enterprises, Inc. )
)
)
)
     vs     Plaintiff )   Civil Action No._____
)
B. Todd Jones )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Innovator Enterprises, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Innovator Enterprises, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

386915
BAR IDENTIFICATION NO.

Richard E. Gardiner
Print Name

Suite 403, 3925 Chain Bridge Road
Address

Fairfax, VA 22030
City    State    Zip Code

703 352-7276
Phone Number