# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATOR ENTERPRISES, INC )<br>153 Treeline Park, Suite 300 )<br>San Antonio, TX 78209-1880 )<br>       )<br>    Plaintiff,  )<br>       )<br>    v.   )<br>       )<br>B. TODD JONES  )<br>Acting Director  )<br>Bureau of Alcohol, Tobacco,  )<br>Firearms & Explosives  )<br>99 New York Avenue, N.E.  )<br>Washington, D.C.  20226  )<br>       )<br>    Defendant.  )<br>_____ ) | Civil Action No. 1:13-cv-0581 (JDB) |

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Marian L. Borum** as counsel for the defendant, in the above-captioned case.

Respectfully submitted,

   /s/ *Marian L. Borum*
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
555  4th  Street, N.W.  -  Civil  Division
Washington, D.C. 20530
(202) 514-6531 (office)
(202) 514-8780 (fax)
marian.l.borum@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of June 2013, a true and correct copy of the above Notice of Appearance was sent to Plaintiff's counsel via the Court's electronic Filing System:

Richard E Gardiner
3925 Chain Bridge Road
Suite 403
Fairfax, VA 22030
(703) 352-7276
Email: regardiner@cox.net

/s/   *Marian l. Borum*
MARIAN L. BORUM
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530