# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **INNOVATOR ENTERPRISES, INC.,** | ) | |
|     **Plaintiff** | ) | |
| | ) | |
|     **v.** | ) | **Civil Action No. 13-0581 (JDB)** |
| | ) | |
| **B. TODD JONES, Acting Director,** | ) | |
| **Bureau of Alcohol, Tobacco, Firearms and** | ) | |
| **Explosives,** | ) | |
|     **Defendant** | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, B. Todd Jones, Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, respectfully requests an extension of time of thirty (30) days, up to and including July 31, 2013, within which to move, answer or otherwise respond to Plaintiff's Complaint. Defendant's response would otherwise be due on July 1, 2013.  Defendant requests this extension on the following grounds:

In this action, Plaintiff alleges that the action of the ATF, in determining that a device designed and built by Plaintiff was a firearm muffler or firearm silencer within the meaning of 18 U.S.C. § 921(a)(24), was arbitrary and capricious. *See* ECF No. 1.  Plaintiff seeks judicial review of that determination.  Undersigned counsel conferred with counsel at the ATF about this matter and is awaiting receipt of documentation which is needed in order to prepare a response to Plaintiff's Complaint. Undersigned counsel is requesting thirty (30) days in which to do so.

Pursuant to Local Civil Rule 7(m), Plaintiff's counsel was contacted in order to ascertain his position on this request.  Plaintiff's counsel indicated that he does not object to this request. This enlargement of time is being sought for good cause and not for the purpose of delay.  As

there are no pending deadlines, the granting of this motion will have no effect on any deadlines in this matter.

For the reasons cited above, Defendant respectfully requests that the extension of time to answer, move or otherwise respond to Plaintiff's Complaint be granted.

An Order granting the relief sought is attached hereto.

Respectfully submitted,

RONALD C. MACHEN, JR., D.C. Bar #447889
United States Attorney

DANIEL F. VANHORN, D.C. Bar #924092
Chief, Civil Division

_____/s/ Marian L. Borum_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 514-6531
Facsimile:  (202) 514-8780
Electronic Mail:  marian.l.borum@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that, on this 25th day of June, 2013, the foregoing, and the attached Order,

were sent via the Court's Electronic Mail System to Plaintiffs' counsel:

Richard E. Gardiner
3925 Chain Bridge Road
Suite 403
Fairfax, Virginia 22030
regardiner@cox.net


_____/s/_  *Marian L. Borum*_____
MARIAN L. BORUM
Assistant United States Attorney

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **INNOVATOR ENTERPRISES, INC.,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 13-0581 (JDB)** |
| | ) | |
| **B. TODD JONES, Acting Director,** | ) | |
| **Bureau of Alcohol, Tobacco, Firearms and** | ) | |
| **Explosives,** | ) | |
| **Defendant** | ) | |
| | ) | |

### ORDER

This matter is before the Court on Defendant's Motion for Enlargement of Time.  Upon

consideration of this Motion and the entire record of this case, it is this _____ day of

_____, 2013,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including July 31, 2013, in

which to respond to respond to Plaintiff's Complaint.


_____
UNITED STATES DISTRICT JUDGE

Copies to:
Marian L. Borum
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Richard E. Gardiner
3925 Chain Bridge Road
Suite 403
Fairfax, Virginia 22030