AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Innovator Enterprises, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-0581 (JDB) |
| B. Todd Jones | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Innovator Enterprises, Inc.

Date: 06/25/2013

/s/ Dan M. Peterson
*Attorney's signature*

Dan M. Peterson 418360
*Printed name and bar number*

3925 Chain Bridge Road
Suite 403
Fairfax, VA 22030
*Address*

dan@danpetersonlaw.com
*E-mail address*

(703) 352-7276
*Telephone number*

(703) 359-0938
*FAX number*