IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATOR ENTERPRISES, INC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 13-581 |
| ) | |
| B. TODD JONES ) | |
| ) | |
| Defendant ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COMES NOW Richard E. Gardiner, counsel for Plaintiff, and moves the court for leave to withdraw as counsel as he has been elected a judge of the Nineteenth Judicial District of Virginia and will be sworn in on June 28, 2013.

Respectfully submitted,

Richard E. Gardiner

/s/Richard E. Gardiner
Richard E. Gardiner
Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)
regardiner@cox.net