UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INNOVATOR ENTERPRISES, INC.,**  )<br>       )<br>  **Plaintiff**    )<br>       )<br>  v.     )<br>       )<br>**B. TODD JONES, ACTING DIRECTOR,**  )<br>**BUREAU OF ALCOHOL, TOBACCO,**   )<br>**FIREARMS AND EXPLOSIVES,**    )<br>       )<br>  **Defendant**    ) | Civil Action No. 13-0581 (JDB) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, B. Todd Jones, Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF" or "Agency"), by and through undersigned counsel, hereby files the attached Administrative Record, in the above-captioned matter.

Respectfully submitted,

RONALD C. MACHEN, JR.
United States Attorney
D.C. Bar #447889

DANIEL F. VANHORN
Chief, Civil Division
D.C. Bar #924092

By: */s/ Marian L. Borum*
MARIAN L. BORUM
Assistant United States Attorney
D.C. Bar #435409
555 Fourth Street, N.W.
Washington, DC 20530
(202) 514-6531 (office)
(202) 514-8780 (facsimile)
Marian.L.Borum@usdoj.gov

Dated: July 31, 2013