# ADMINISTRATIVE RECORD

INNOVATOR ENTERPRISES, INC.,

Plaintiff

v.

B. TODD JONES, ACTING DIRECTOR,
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

Defendant

Civil Action No. 13-0581 (JDB)

EVAL.
2012-1017-AG

# INNOVATOR ENTERPRISES, INC

153 TREELINE PARK, SUITE 300
SAN ANTONIO, TX 78209-1880

EDWIN WHITNEY
PRESIDENT

(210) 829.1800 PHONE
(210) 829.5001 FAX

August 2, 2012

RECEIVED
AUG 0 3 2012
BY: _____ F.T.B.

**VIA FED EX**
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Firearms Technology Branch
244 Needy Road
Martinsburg, WV 25405

Greetings:

    We are writing to request a Classification Letter for a multi-chambered stabilizer brake we have developed (Stabilizer Brake). As you know, stabilizer brakes operate to reduce recoil by redirecting the combustion gases created from discharging a firearm. The disadvantages, however, are that stabilizer brakes often increase flash, reduce bullet velocity, and substantially increase the noise level experienced by the shooter. Our design eliminates the disadvantages associated with traditional stabilizer brakes. Our stabilizer brake will not only reduce recoil, but it will also reduce flash, muzzle rise, and will not cause an increase in the noise level experienced by the shooter at the rear of the firearm.

    Our Stabilizer Brake is comprised of essentially three components, which include an Inner Member, an End Member, and a Sleeve (cover). The Inner Member is threadably engaged to the barrel of the firearm. The Inner Member is comprised of three vented chambers separated by end walls through which the bullet will pass. The Inner Member is threadably engaged to and lies within the Sleeve, which thereby creates a space, or intermediate chamber, between the Inner Member and the interior walls of the Sleeve. The End Member is then threadably engaged to the Sleeve. The End Member is conical-shaped and open ended.

    When the firearm is discharged, the bullet passes through the Stabilizer Brake along a bore axis. The combustion gases created from the discharge vent through the three Inner Member chambers and into the intermediate chamber. The gases then vent back through the Inner Member chambers where they follow the bullet down the bore axis into the End Member and out of the Stabilizer Brake.

    To assist with your evaluation, we have enclosed a prototype of the device, and several drawings depicting the internal design and identifying the various components mentioned above.

    Please contact me if you have any questions or need any additional information.

Thank you,

*Edwin Whitney*

PAGE 1

| | |
|---|---|
| 10 | Muzzle brake |
| 13 | Inner member |
| 13a | Outer surface |
| 13b | Threaded portion |
| 13c | End cap |
| 13d | Muzzle engaging portion |
| 14 | End member |
| 14a | Threaded portion |
| 20 | First chamber |
| 22 | Chamber s/w |
| 24 | Through openings |
| 26 | End wall |
| 26a | Axial opening |
| 30 | Second chamber |
| 32 | Chamber s/w |
| 34 | Chamber through openings |
| 36 | End wall |
| 36a | Axial opening |
| 40 | Third chamber |
| 42 | Chamber s/w |
| 43/44/45 | First, second, third line of through openings |
| 46 | Open end |
| 47 | |
| 49 | Partition walls |
| 50 | Intermediate chamber |
| 52 | Sleeve |
| 53a/53b | Near and far threaded ends |
| 54 | Closed ended openings in end wall |
| 56 | End wall |
| 56a | Axial opening |
| 60 | Fourth chamber |
| 61/63/64/65 | Closed ended openings |
| 62 | Chamber s/w |
| 66 | Open end |
| 68 | Sleeve |
| AB | Axis barrel |
| Ba | Bore axis |
| Bl | Barrel |
| MB | Muzzle bore |
| R | Rifling |
| Bt | Bullet |
| Ha | Hole axis |



Fig. 1

Fig. 2

Fig. 3



Fig. 4



Fig. 2A



Fig. 5



Fig. 6

Department of Justice / Bureau of Alcohol, Tobacco, Firearms and Explosives
**FIREARMS TECHNOLOGY BRANCH**
244 Needy Road
Martinsburg, WV 25405

## CORRESPONDENCE CHECK SHEET

This correspondence check sheet is for internal use by FTB employees only. The purpose of this correspondence check sheet is for FTB employees to use as a guide prior to finalizing and disseminating all correspondence outside the FTB office.

Date Received: 8-3-12
Date Assigned: 8-3-12
FTB Number: 2012-1017-AG

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1. | Did you understand the request? | ☒ | ☐ | ☐ |
| 2. | What research did you use? | | | |
| | Milvets | ☒ | ☐ | ☐ |
| | Review Technical Files | ☒ | ☐ | ☐ |
| | Consult with other FEOs | ☒ | ☐ | ☐ |
| | Review Technical Manuals | ☐ | ☒ | ☐ |
| | Review Historical Books | ☐ | ☒ | ☐ |
| | Other | ☐ | ☒ | ☐ |
| 3. | Did you rely on the requester's research? | ☐ | ☒ | ☐ |
| 4. | Did you include your research with your response? | ☐ | ☒ | ☐ |
| 5. | Did you attach photographs? | ☒ | ☐ | ☐ |
| 6. | Did you attach a diagram? | ☐ | ☒ | ☐ |
| 7. | Did you check any citations that you referred to in the correspondence for accuracy? | ☒ | ☐ | ☐ |
| 8. | List all other research material that you used for formulate your response to the correspondence: | | | |













**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

*Martinsburg, West Virginia 25405*　　903050:AG
www.atf.gov　　3311/2012-1017

Mr. Edwin Whitney　　SEP 1 4 2012
Innovator Enterprises, Inc.
153 Treeline Park, Suite 300
San Antonio, Texas 78209

Dear Mr. Whitney:

This refers to your submitted sample, along with correspondence dated August 2, 2012, received by the Firearms Technology Branch (FTB), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). The submitted item is a multi-piece muzzle attachment (see enclosed photo) intended for use on .30 caliber firearms. You have requested a classification of this device in accordance with Federal firearms regulations.

As background information, the amended Gun Control Act of 1968 defines the terms "firearm silencer" and "firearm muffler" to mean—

*...any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication.* (See 18 U.S.C. § 921(a)(24).)

Further, the National Firearms Act defines "firearm" to include any *silencer (as defined in Section 921 of Title 18, United States Code)....* (See 26 U.S.C. § 5845(a)(7).)

When evaluating a particular item as a potential silencer, FTB looks specifically for physical characteristics that are consistent with those of known firearm silencers. These characteristics include (but are not limited to):

- Ported inner tube(s).
- Expansion chambers.
- Baffles or washers which create separate expansion chambers.
- Sound-dampening material such as foam, steel wool, and other materials.
- End caps.
- Encapsulators.

-2-

Mr. Edwin Whitney

Although FTB utilizes state-of-the-art sound metering equipment to **demonstrate** that various items are capable of reducing the report of a portable firearm, these tests do not affect the classification of any item. Our silencer classifications are based solely upon the physical characteristics of the device under examination.

With respect to your submitted device, the FTB examination found that it incorporates an expansion chamber, a ported inner tube, and an end cap, which are characteristics of known firearm silencers. Therefore, FTB finds that this item meets the definition of "firearm silencer" specified in 18 U.S.C. § 921(a)(24).

Also, as you may be aware, the Bulgarian four-piece flash hider has been previously classified by FTB as a flash hider. If the design and dimensions of your submitted device were modified to replicate those of the Bulgarian four-piece flash hider (photo also enclosed), we would conduct a further evaluation of the modified item.

We thank you for your inquiry and trust that the foregoing has been responsive to your request. Please do not hesitate to contact us if further information is needed.

                              Sincerely yours,

                              John R. Spencer
                              Chief, Firearms Technology Branch

Enclosure

Mr. Edwin Whitney

Submitted .30 caliber muzzle attachment:



-4-

Mr. Edwin Whitney

Bulgarian four-piece flash hider:

