INNOVATOR ENTERPRISES, INC.,

Plaintiff

v.

B. TODD JONES, ACTING DIRECTOR
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

Defendant

Civil Action No. 13-0581 (JDB)

EXHIBIT 1



**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**

# FIREARMS TECHNOLOGY



# BRANCH

## Standard Operating Procedures:

## Examination of Non-Evidentiary Firearm Samples

Revised:

_____
John Spencer
Chief, Firearms Technology Branch

_8-29-11_
Date

## TABLE OF CONTENTS

1.0 OBJECTIVE ................................................................................................ 4

    1.1    Mission ....................................................................... 4

    1.2    Purpose....................................................................... 4

    1.3    Benefit ....................................................................... 4

2.0 RECEIVING THE FIREARM SAMPLE ............................................... 4

    2.1    Assignment................................................................ 4

    2.2    Rendering the Firearm Sample Safe ....................... 4

3.0 FIREARM SAMPLE EXAMINATION ................................................ 5

    3.1    Initial Examination .................................................. 5

    3.2    Required Documentation of Physical Characteristics................................ 6

    3.3    Photographs............................................................. 7

4.0 FIREARM SAMPLE FUNCTION TESTING...................................... 7

    4.1    Physical Checks ....................................................... 8

    4.2    Action (Exterior) ..................................................... 8

    4.3    Test Cycling with Dummy Cartridges ................... 8

    4.4    Checking the Function of the Extractor, Ejector, and Firing Pin............... 9

    4.5    Action (Internal)...................................................... 9

5.0 EVALUATION OF IMPORTED FIREARMS...................................... 9

    5.1    Restricted Importation ............................................ 9

    5.2    Importation Exceptions ......................................... 10

    5.3    Importation Evaluation ......................................... 11

    5.4    Determining the Importability of a Pistol............. 12

    5.5    Determining the Importability of a Revolver ........ 14

    5.6    Revolver Safety Drop Test ..................................... 17

6.0 FIREARM SAMPLE TEST FIRING .................................................. 19

    6.1    Preliminary Test Firing.......................................... 19

    6.2    Test Firing Routine Firearm Samples.................... 19

6.3     Test Firing Suspected Semiautomatic Firearm Samples ........................... 20

6.4     Test Firing Suspected Machinegun Firearm Samples ............................... 20

6.5     Documenting Test Firing Results ................................................................ 20

**7.0 CLASSIFICATION LETTER**......................................................................... **20**

7.1     Review Process .......................................................................................... 20

7.2     After Approval .......................................................................................... 21

**8.0 RETURNING THE FIREARM SAMPLE** ...................................................... **21**

8.1     Shipping the Firearm Sample ..................................................................... 21

**9.0 REFERENCES AND EXHIBIT** ...................................................................... **22**

9.1     References ................................................................................................... 22

9.2     Exhibit ........................................................................................................ 22

## 1.0 OBJECTIVE

### 1.1    Mission

The Firearms Technology Branch (FTB) provides expert technical support to ATF, other Federal agencies, State and local law enforcement, the firearms industry, Congress, and the general public. FTB is responsible for rendering findings regarding the classification of suspected illegal firearms and newly designed firearms. FTB maintains an extensive firearms reference collection, as well as technical firearms reference files, a library, and firearms databases. This Branch is also responsible for the technical evaluation of firearms to determine if they meet the requirements for importation into the United States. Further, FTB provides the U.S. Department of Justice, State prosecutors' offices, District Attorneys' offices, and military courts with expert firearms testimony. This testimony includes the identification and origin of firearms and other matters relating to firearms and the firearms industry.

### 1.2    Purpose

To establish procedures for the Firearms Enforcement Officers (FEOs) when conducting examinations of non-evidentiary firearm samples submitted to FTB. These firearms are submitted for a variety of reasons to include determining importability into the United States and for classification under the Gun Control Act of 1968 (GCA) or National Firearms Act (NFA). The examination of all non-evidentiary firearm samples will be documented.

A separate Standard Operating Procedures (SOP) has been established for FEOs when conducting silencer examinations. For these procedures, please refer to the FTB Evidence Examination of Silencers SOP.

### 1.3    Benefit

To promote quality and consistent FTB examinations of non-evidentiary firearm samples.

## 2.0 RECEIVING THE FIREARM SAMPLE

### 2.1    Assignment

The Firearms Enforcement Specialist (FES) will provide a color-coded case folder for the firearm sample to the assigned FEO. The sample will remain in the FEO evidence storage area until it is needed for examination.

NOTE: When the FEO takes custody, the FEO is responsible for the condition, location, and storage of the firearm sample.

### 2.2    Rendering the Firearm Sample Safe

Per the FTB Evidence Handling and Processing SOP, a firearm should be rendered safe by the FES during in-processing. However, each FEO is still responsible for ensuring that the firearm has been rendered safe.

**2.2.1** The FEO will ensure that a yellow chamber checker flag or zip tie has been placed into the barrel of the firearm to indicate that the weapon has been rendered safe.

**2.2.2** **If a yellow chamber checker flag or zip tie has not been placed into the barrel of the firearm, the FEO will treat the firearm as loaded until it has been rendered safe:**

**2.2.2.1** The FEO will always keep the muzzle pointed in a safe direction and always keep his/her finger(s) off the trigger and outside the trigger guard until the firearm has been rendered safe.

**2.2.2.2** If the firearm has a magazine or other source of ammunition, the FEO will remove it if applicable.

**2.2.2.3** The FEO will perform an open breech inspection of the chamber, and any other visual or physical inspection deemed necessary, to ensure the firearm is unloaded.

**2.2.2.4** If a loaded firearm is submitted to the FTB, the FEO will clear the weapon in the FTB test firing range (refer to the FTB Indoor Firing Range SOP for the proper use and care of the firing range).

**2.2.2.5** The FEO will insert a yellow chamber checker flag or a zip tie into the barrel of the firearm to indicate that the firearm has been rendered safe.

**2.2.2.6** The FEO will notify the Branch Chief (or Acting Branch Chief) when a loaded firearm is submitted to the FTB.

## 3.0 FIREARM SAMPLE EXAMINATION

### 3.1   Initial Examination

**3.1.1** The FEO will examine all documentation accompanying the firearm sample.

**3.1.2** The FEO will confirm that the firearm sample is properly identified and documented, and that he/she understands the submitter's request.

**3.1.2.1** The FEO may confer with FTB employees to clarify any issues.

**3.1.2.2** The FEO may contact the submitter to clarify any issues.

**3.1.3**   The details in the submitter's request will provide the basis for the examination and the response provided to the requestor.  The FEO may address such details as:

    **3.1.3.1**   Is the sample a semiautomatic copy of a machinegun?

    **3.1.3.2**   Is the sample a semiautomatic firearm made from a set of machinegun parts and a new receiver?

    **3.1.3.3**   Was the receiver of the sample made from a destroyed receiver?

    **3.1.3.4**   Is the sample being submitted for an import evaluation?

    **3.1.3.5**   Is the sample based on (or a copy of) another firearm?

    **3.1.3.6**   Is the sample a new firearm design?

**3.1.4**   The FEO will determine whether the sample is safe for examination.  Some examples of unsafe conditions are:

    **3.1.4.1**   Poor construction and assembly.

    **3.1.4.2**   Many receivers welded together from scrapped machinegun receivers.  If these welds do not appear to be safe, the firearm sample will not be test fired.

    **3.1.4.3**   Obstructed bore or chamber.

**3.1.5**   If it is determined that the firearm sample is unsafe to fire, it will not be test fired.

**3.1.6**   If a firearm cannot be disassembled, it will not be evaluated.

**3.1.7**   A firearm must be complete and functional in order to be evaluated.

NOTE: Incomplete designs, mock-ups, blanks, or drawings, provide insufficient detail and can be easily changed prior to construction of a final product.  Accordingly, official classifications for these types of submissions cannot be provided.

## 3.2   Required Documentation of Physical Characteristics

The FEO will document design features, physical characteristics, and any other information which directly affects the classification of a particular firearm sample.  These design features, physical characteristics, and other information may include:

**3.2.1**   Manufacturer or Importer

**3.2.2**   Markings

**3.2.3**   Caliber/gauge

**3.2.4**   Serial number

**3.2.5**   Selector switch positions

**3.2.6**   Machinegun features

**3.2.7**   Test fire information

**3.2.8**   Function test findings

**3.2.9**   Barrel length

**3.2.10**  Overall length

**3.2.11**  Reference material

**3.2.12**  Additional documentation as necessary to classify the firearm sample

NOTE: Both external and internal modifications should be noted and compared to an original firearm of the same model when applicable.

**3.3   Photographs**

**3.3.1**   Except as provided below, the FEO may, in the FEO's discretion, photograph the firearm sample as received, as modified for testing, and/or in a disassembled state.

**3.3.2**   The FEO shall photograph the firearm sample as received, modified, or disassembled, if of a unique, novel, or forensically significant design and/or construction.  Such firearm samples may include:

**3.3.2.1**   New firearm models

**3.3.2.2**   Prototypes

**4.0 FIREARM SAMPLE FUNCTION TESTING**

A firearm sample function test consists of the examination of the functioning capabilities of a particular firearm to determine if the firearm is capable of firing a shot.

**4.1    Physical Checks**

    **4.1.1**    The FEO will verify the positions and function of all the safety devices.

    **4.1.2**    The FEO will document any obvious abnormalities, alterations, and adaptations, or if any parts are missing, broken, loose, etc.

    **4.1.3**    The FEO will check for any barrel obstructions.

        NOTE: A removed obstruction will be kept with the firearm sample.

**4.2    Action (Exterior)**

    **4.2.1**    The FEO will observe whether the exterior action operates normally or if there are any malfunctions or abnormalities in the function of the firearm.

    **4.2.2**    The FEO will document any indications that the firearm is functioning as a machinegun.

**4.3    Test Cycling with Dummy Cartridges**

It will be at the FEO's discretion to perform a test cycle of the firearm sample with dummy cartridges. In place of using live ammunition, dummy cartridges can be used to safely test the feeding, extraction, and magazine function of the firearm.

    **4.3.1**    Select the proper dummy ammunition for the firearm.

        **4.3.1.1**    The caliber of the firearm can be determined using the following techniques:

            **4.3.1.1.1**    Barrel inspection

            **4.3.1.1.2**    Chamber inspection

            **4.3.1.1.3**    Measuring the chamber with headspace gauges

            **4.3.1.1.4**    Casting of chamber

            **4.3.1.1.5**    Markings on firearm

        CAUTION: When using dummy rounds, always observe proper safety procedures and verify that the round is actually a dummy round before placing it into the firearm.

4.3.2   The FEO will observe the loading of a dummy cartridge and note if the cartridge will fire when closing the bolt or slide with a primed case.

## 4.4   Checking the Function of the Extractor, Ejector, and Firing Pin

The FEO will check the operability of the extractor, ejector, and firing pin.

## 4.5   Action (Internal)

4.5.1   If the firearm sample will be test fired (Section 6.0), the FEO should attempt to test fire the sample as received.

4.5.2   The FEO may disassemble the firearm sample for internal examination prior to test firing.

4.5.2.1   The FEO will check for any broken or worn parts, or any signs of tampering or modification of parts.

4.5.2.2   The FEO will determine if any factory-type machine gun parts or conversion parts have been installed and document the findings.

## 5.0 EVALUATION OF IMPORTED FIREARMS

FTB supports the ATF Imports Branch and the imports industry by evaluating and testing firearms to determine if they meet the requirements for importation. These sample firearms are imported on a conditional import directly to FTB for evaluation. To qualify for importation under 18 U.S.C. § 925(d)(3), a firearm must be of a type generally recognized as particularly suitable for or readily adaptable to sporting purposes.

Handguns are evaluated against an objective set of factoring criteria developed in 1969 by the Treasury Firearms Evaluation Panel. Modified assault-type rifles are evaluated on the information contained in the Report and Recommendation of the ATF Working Group based on the Importability of Certain Semiautomatic Rifles (July 1989), the Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles (April 1998), and the ban on importation of rifles that are capable of accepting Large Capacity Military Magazines. Shotguns are evaluated on the information contained in the ATF Study on the Importability of Certain Shotguns (January 2011).

## 5.1   Restricted Importation

The following firearms will not be approved for importation into the United States (except as provided for in 18 U.S.C. § 925(a)(1)):

5.1.1   NFA firearms (26 U.S.C. § 5845)

5.1.2   Semiautomatic rifles with at least one of these features:

a. Ability to accept a detachable magazine
b. Folding/telescoping stock
c. Pistol grip
d. Ability to accept a bayonet
e. Flash suppressor
f. Bipod
g. Grenade launcher
h. Night sights

**5.1.3** Semiautomatic rifles possessing <u>all three</u> of the following non-sporting characteristics:

a. The rifle constitutes a semiautomatic version of a machinegun.
b. The rifle is chambered to accept a <u>centerfire</u> cartridge case having a length of 2.25 inches or less.
c. The weapon has the ability to accept a detachable large-capacity magazine or can be easily modified to accept such a magazine with only minor adjustments to the rifle.

**5.1.4** Shotguns with at least one of these features:

a. Folding, telescoping, or collapsible stock
b. Bayonet lug
c. Flash suppressor
d. Magazine over five rounds or a drum magazine
e. Grenade-launcher mounts
f. Integrated rail systems (other than on top of the receiver or barrel)
g. Light-enhancing devices
h. Excessive weight (greater than 10 pounds for 12 gauge or smaller)
i. Excessive bulk (greater than 3 inches in width and/or greater than 4 inches in depth)
j. Forward pistol grips or other protruding parts designed or used for gripping the shotgun with the shooter's extended hand

**5.1.5** Firearms that were manufactured in or are being exported from any of the countries listed as a proscribed country under 27 CFR § 447.52 of the Arms Export Control Act.

**5.1.6** Firearm models or parts for these models not stipulated in the Voluntary Restraining Agreement. [27 CFR § 447.52]

**5.2   Importation Exceptions**

The following items are exempt from ATF's importation controls and permit requirements.

**5.2.1** Antique firearms.

**5.2.2** Importations by agencies of the U.S. Government.

**5.2.3** The importation of components for items being manufactured under contract for the Department of Defense.

**5.2.4** The importation of articles (other than those which would be "firearms" as defined in 18 U.S.C. 921(a)(3)) manufactured in foreign countries for persons in the United States pursuant to Department of State approval.

**5.2.5** Sporting shotgun parts other than firearm frames or receivers or barrels.

**5.2.6** Air guns, pellet guns, starter guns, and flare guns, provided they are not "firearms" as defined in 18 U.S.C. § 921(a)(3) and do not have tear gas dissemination capability.

**5.2.7** Firearm accessories such as gun cases, slings, and cleaning kits.

## 5.3    Importation Evaluation

**5.3.1** Check for proper function.

Note: If the firearm does not function properly, suspend examination and request an additional sample from the importer.

**5.3.2** Check for required markings. Guidance on how a firearm must be marked is found under Title 18 U.S.C. § 923(i), 27 CFR § 478.92(a) and 27 CFR § 479.102.

NOTE: Title 27 CFR § 478.122(a) provides a licensed importer with 15 days from the date of acquisition to comply with the required marking requirements.

**5.3.2.1** Serial number must be on the frame/receiver

NOTE: If frame/receiver is constructed of polymer, the serial number must be on a metal plate cast into the polymer.

**5.3.2.2** Manufacturer

**5.3.2.3** Country of origin

**5.3.2.4** Name, city, and State of importer

**5.3.2.5**  Caliber

**5.3.2.6**  Model designation, if assigned

**5.3.3**  Determine the frame construction. If the specific material the frame is constructed of cannot be determined, the FEO will request that the importer provide identification of the specific alloy and its properties.

**5.3.4**  If a pistol is a semiautomatic version of a machinegun, the FEO will ensure that the receiver is not modified from a machinegun receiver.

**5.4**  **Determining the Importability of a Pistol**

Pistols must meet size and safety requirements and accrue at least a qualifying 75-point value specified on ATF E-Form 4590.5, Factoring Criteria for Weapons (Exhibit 1).

**5.4.1**  Prerequisites

**5.4.1.1**  The pistol must have a positive, manually operated safety device.

NOTE: An automatic safety as described in firing pin block or lock (Section 5.4.6.5) also qualifies.

**5.4.1.2**  Combined length and height measurement must not be less than 10 inches with the height (right angle measurement to barrel without magazine or extension) being at least 4 inches and the length being at least 6 inches.

**5.4.1.2.1**  Length is measured parallel to the axis of the bore.

**5.4.1.2.2**  Height is measured at a 90-degree angle to the axis of the bore.

**5.4.2**  Overall Length

**5.4.2.1**  In assigning a point value for overall length, round the measured length to the next lowest 1/4 inch (i.e. 6 5/8 inches will be rounded to 6 1/2 inches).

**5.4.3**  Frame Construction

**5.4.3.1**  Assign an appropriate point value.

Note: Zinc, zamac, die-cast aluminum, and polymer get 0 points.

**5.4.4**  Weapon Weight

**5.4.4.1**   Prior to weighing the weapon, inspect it for weights that may have been added to the grips or frame.

NOTE: If weights have been pinned, glued, or screwed to the weapon, remove them prior to weighing.

**5.4.4.2**   Insert an unloaded magazine and weigh the weapon on a precision scale.

**5.4.4.2.1**   The FEO will follow the appropriate manufacturer's operating procedures for the precision scale when weighing the firearm sample.

**5.4.4.2.2**   Due to the sensitivity of precision scales, the sample will be weighed twice. Take the average of the two results and round the measured weight to the next lowest whole ounce (i.e. 16 1/2 ounces will be rounded to 16 ounces).

**5.4.5**   Caliber

**5.4.5.1**   Assign an appropriate point value.

NOTE: If a pistol is offered in different calibers, factoring criterion must be done on each model. Weight of the weapon may change with each caliber.

**5.4.6**   Safety Features

**5.4.6.1**   Locked Breech Mechanism

**5.4.6.1.1**   Points are given for a mechanical or gas-locking system.

**5.4.6.1.2**   No points are given for blowback or delayed blowback.

**5.4.6.2**   Loaded Chamber Indicator

**5.4.6.2.1**   Points are given for signal pin, window cutout in chamber, or a moving extractor.

**5.4.6.2.2**   Extractor must be marked to indicate loaded position (wording or color).

**5.4.6.3**   Grip Safety

**5.4.6.4**   Magazine Safety

**5.4.6.5**   Firing Pin Lock or Block

**5.4.6.5.1** Can be automatic (i.e. SIG, Glock, etc.) or manual (i.e., French Model 1935, etc.) in operation.

**5.4.6.5.2** Any automatic operating safety, which only unlocks or brings the firing pin in line with the hammer at the moment of hammer fall, qualifies as a firing pin block (i.e., SIG P230, etc).

**5.4.6.5.3** Trigger block safety does not count as a firing pin lock or block.

**5.4.7** Miscellaneous Equipment

**5.4.7.1** External Hammer

**5.4.7.2** Double Action

**5.4.7.3** Drift Adjustable Target Sight

**5.4.7.3.1** Sight that is adjusted by drifting it from side to side.

**5.4.7.3.2** Sight may be either front or rear.

**5.4.7.4** Click Adjustable Target Sight

**5.4.7.4.1** Sight that is adjustable for windage and/or elevation by means of a screw.

**5.4.7.4.2** Sight does not have to audibly "click."

**5.4.7.4.3** If a pistol has click adjustable rear sight and drift adjustable front sight, point credit is given only for click adjustable sight.

**5.4.7.5** Target Grips

**5.4.7.5.1** Must have a raised or indented thumb rest.

**5.4.7.6** Target Trigger

**5.4.7.6.1** Vertically grooved to provide more positive trigger control.

## 5.5 Determining the Importability of a Revolver

Revolvers must meet size and safety requirements and accrue at least a qualifying 75-point value specified on ATF E-Form 4590.5, Factoring Criteria for Weapons (Exhibit 1).

**5.5.1**   Prerequisites

    **5.5.1.1**   Must pass a safety test (Section 5.6).

    **5.5.1.2**   Must have an overall frame length (with conventional grips) of 4 1/2 inches minimum.

        **5.5.1.2.1**   The measurement is the length from the corner of the butt to the end of the frame with the barrel parallel to the butt.

        **5.5.1.2.2**   The overall length is not a diagonal measurement.

        **5.5.1.2.3**   For single action revolvers with detachable grip frames/backstraps, count the grip frame/back strap in overall frame length.

    **5.5.1.3**   Must have a barrel length of at least 3 inches.

**5.5.2**   Barrel length

    **5.5.2.1**   Measure from muzzle end of the barrel to front face of the cylinder.

        **5.5.2.1.1**   Round the measured length to the next lowest 1/4 inch (i.e. 4 5/8 inches will be rounded to 4 1/2 inches).

        **5.5.2.1.2**   If a detachable muzzle brake is present, remove prior to measurement.

**5.5.3**   Frame Construction:

    **5.5.3.1**   Assign an appropriate point value.

    NOTE: Zinc, zamac, die-cast aluminum, and polymer get 0 points.

**5.5.4**   Weapon Weight

    **5.5.4.1**   Prior to weighing the firearm sample, inspect it for weights that may have been added to the grips or frame.

    **NOTE:** If weights have been pinned, glued, or screwed to the firearm, remove them prior to weighing.

    **5.5.4.2**   Weigh the firearm on a precision scale.

**5.5.4.2.1**   The FEO will follow the appropriate manufacturer's operating procedures for the precision scale when conducting the weighing.

**5.5.4.2.2**   Due to the sensitivity of precision scales, the sample will be weighed twice. Take the average of the two results and round the measured weight to the next lowest whole ounce (i.e., 16 1/2 ounces will be rounded to 16 ounces).

**5.5.5**   Caliber

**5.5.5.1**   Assign an appropriate point value.

NOTE: If a pistol is offered in different calibers, factoring criterion must be done on each model. Weight of the weapon may change with each caliber.

**5.5.6**   Miscellaneous Equipment

**5.5.6.1**   Drift Adjustable Target Sight

**5.5.6.1.1**   Sight that is adjusted by drifting it from side to side.

**5.5.6.1.2**   Sight may be either front or rear.

**5.5.6.2**   Click Adjustable Target Sight

**5.5.6.2.1**   Sight that is adjustable for windage and/or elevation by means of a screw.

**5.5.6.2.2**   Sight does not have to audibly "click."

**5.5.6.2.3**   If a revolver has click adjustable rear sight and drift adjustable front sight, point credit is given only for click adjustable sight.

**5.5.6.3**   Target Grips

**5.5.6.3.1**   Must have a raised or indented thumb rest.

**5.5.6.4**   Target Hammer and Target Trigger

**5.5.6.4.1**   Target hammer must be wider than standard spur.

**5.5.6.4.2**   Target trigger must be vertically grooved and wider than standard.

    **5.5.6.4.3**   Weapon must have <u>both</u> target hammer and trigger to receive point credit.

    **5.5.6.4.4**   Removable trigger shoes and removable hammer boots do not qualify.

**5.5.7**   Safety Test (Section 5.6)

**5.6**   **Revolver Safety Drop Test**

    **5.6.1**   Required Drop Test Equipment:

        **5.6.1.1**   Prefabricated drop tube.

        **5.6.1.2**   Precision scale.

        **5.6.1.3**   Drop weight that can be adjusted to match the weight of the revolver being tested.

    **5.6.2**   Test Procedure

        **5.6.2.1**   Weigh the revolver on a precision scale.

            **5.6.2.1.1**   The FEO will follow the appropriate manufacturer's operating procedures for the precision scale when conducting the weighing.

        **5.6.2.2**   Fill a drop weight with lead shot to equal the weight of the revolver.

        **5.6.2.3**   Use a primed cartridge case.

            **5.6.2.3.1**   DO NOT USE A LOADED ROUND OF AMMUNITION.

            **5.6.2.3.2**   DO NOT USE INERTIA BULLET PULLER ON RIMFIRE AMMUNITION.

        **5.6.2.4**   Place the primed cartridge case in one of the chambers and rotate the cylinder so that the loaded chamber is in line with the firing pin.

        **5.6.2.5**   Place the revolver, with the hammer forward and the safety engaged, below the drop fixture.

            **5.6.2.5.1**   If the hammer has a safety notch, place the hammer in the safety notch.

            **5.6.2.5.2**   The revolver will be pointed straight down in line with the drop tube.

5.6.2.5.3   Use a small vice to support the revolver.

5.6.2.5.4   This set-up assists with determining if the weapon fired during the test. Certain primers, particularly rim fires, are difficult to hear if they fire. If paper is used between the muzzle and the floor, it will have a flash burn if the weapon fires during the drop test.

5.6.2.6   Place the cross pin in the drop tube and insert the pre-measured weight.

5.6.2.6.1   Adjust the drop fixture so the bottom of the tube is even with the hammer spur.

5.6.2.6.2   The distance from the cross pin to the bottom of the tube needs to be 36 inches (replicating the approximate height from the ground to a holstered firearm).

5.6.2.7   To prevent the dropping weight from moving the weapon out of the vice, support the weapon by holding the grip.

5.6.2.8   Pull the cross pin and allow the weight to drop.

5.6.2.9   After each drop, check the primer for indentation; check the hammer spur for deformation or breakage; and check the interior of the frame in the area of the safety bar for material deformation or set back.

5.6.2.9.1   If the hammer deforms or breaks such that a direct blow from the dropping weight cannot be achieved, suspend the test, complete the write up and notify the company in writing of the failure.

NOTE: If the company wants another test performed on a like sample, they must submit another sample.

5.6.2.10   If the revolver fails the test, indicate on which drop the weapon fired in your response to the submitter.

5.6.2.11   For a successful test, the revolver must withstand five drops of the weight without firing.

5.6.2.12   Upon successful completion of a drop test, fire the primed cartridge/ primer to ensure that ammunition used in the test was not defective.

**5.6.2.12.1** If the primer does not fire, request a new sample for retest.

WARNING: DO NOT CONDUCT ADDITIONAL
TESTING ON PRESENT SAMPLE.

## 6.0 FIREARM SAMPLE TEST FIRING

Refer to the FTB Indoor Firing Range SOP for the proper use and care of the firing range. If the FEO is unable to test the firearm sample due to construction and/or safety issues, the FEO will not proceed further.

**6.1     Preliminary Test Firing**

**6.1.1**   The FEO will check for any barrel obstructions.

**6.1.2**   If there is reason to doubt the safety of the firearm or the ammunition used in it, the FEO may decide not to fire the firearm or to test fire the firearm remotely.

**6.1.3**   Select the proper ammunition for the firearm. The caliber of the firearm sample can be determined using the following techniques:

**6.1.3.1**   Barrel inspection.

**6.1.3.2**   Chamber inspection.

**6.1.3.3**   Measuring the chamber with headspace gauges.

**6.1.3.4**   Casting of chamber.

**6.1.3.5**   Markings on firearm.

**6.14**    Load and fire one round of ammunition to determine operability of the firearm.

**6.1.5**   Inspect the spent casing of the test-fired cartridge for any uncharacteristic deformation.

**6.1.6**   If determined operable, proceed to the corresponding test firing procedures.

**6.2     Test Firing Routine Firearm Samples**

The FEO will conduct test firing activity to the extent necessary to determine the capability of the firearm.

**6.3**     **Test Firing Suspected Semiautomatic Firearm Samples**

The FEO will conduct test firing activity to the extent necessary to determine the capability of the firearm to fire (after the first shot) with each successive function of the trigger without manual reloading.

**6.4**     **Test Firing Suspected Machinegun Firearm Samples**

**6.4.1**   The FEO will conduct test firing activity to the extent necessary to confirm the capability of a given device to fire more than one shot, automatically, without manual reloading, with a single function of the trigger.

**6.4.2**   When test firing suspected machineguns which operate by "Hammer follow" or similar conditions, the FEO will utilize a variety of appropriate ammunition for testing.

**6.4.2.1**   When available, several types of both military surplus and commercial ammunition should be utilized in order to thoroughly demonstrate the capability of a "Hammer follow" machinegun to fire automatically.

**6.4.2.2**   Differences in primer sensitivity between military surplus and commercial ammunition may affect live fire test results, and extra attention must be given to documenting test firing results in "Hammer follow" cases.

**6.5**     **Documenting Test Firing Results**

**6.5.1**   Number of cartridges expelled

**6.5.2**   Ammunition caliber

**6.5.3**   Date of testing

**6.5.4**   Additional information may include:

**6.5.4.1**   Misfires

**6.5.4.2**   Modifications

**6.5.4.3**   Cleaning of the firearm

**7.0 Classification Letter**

**7.1**     **Review Process**

**7.1.1** All information pertaining to the firearm sample will be entered into the Classification Letter as it is gathered.  This information will include:

    **7.1.1.1** A summary of the type of examination being requested.

    **7.1.1.2** A description of the item being evaluated.

    **7.1.1.3** A description of the findings of the evaluation.

    **7.1.1.4** A complete synopsis of the results of the examination.

**7.1.2** Completion of the letter and the firearm examination will coincide.

**7.1.3** The FEO will forward the letter to the FTB Writer/Editor for review.

**7.1.4** The FEO will review the Writer/Editor's comments and modify the letter if appropriate.

**7.1.5** The FEO will sign the letter.

**7.1.6** The FTB Chief will perform a secondary review of the letter and sign.

**7.2 After Approval**

**7.2.1** The Classification Letter will be date stamped.

**7.2.2** Two copies of the letter will be produced.

**7.2.3** One copy of the letter will be kept by the FEO for his/her records, and one copy will be included with the firearm sample when it is returned.

## 8.0 RETURNING THE FIREARM SAMPLE

**8.1 Shipping the Firearm Sample**

**8.1.1** The firearm sample will be returned to the submitting party unless directed otherwise.

NOTE: If a firearm sample is received for import evaluation and does not meet the requirements, it will not be returned to the submitting party.

**8.1.2** The FEO will ship the firearm sample by common or contract carrier.  The FTB will use only a carrier with the ability to track the shipment.  Unless otherwise directed, shipment will be conducted at the submitting party's expense.

## 9.0 REFERENCES AND EXHIBIT

### 9.1    References

1.    <u>ATF Safety and Security Information for Federal Firearms Licensees</u>, ATF Publication 3317.2.

2.    <u>Federal Firearms Regulations Reference Guide</u>, ATF Publication 5300.4.

3.    <u>Report and Recommendation of the ATF working Group on the Importability of Certain Semiautomatic Rifles</u>, July 1989.

4.    <u>Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles</u>, April 1998.

5.    <u>ATF Study on the Importability of Certain Shotguns</u>, January 2011.

### 9.2    Exhibit

Exhibit 1      ATF E-Form 4590.5 <u>Factoring Criteria for Weapons</u>

Exhibit 1 ATF E-Form 4590.5, <u>Factoring Criteria for Weapons</u>

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Factoring Criteria for Weapons

NOTE: The Bureau of Alcohol, Tobacco, Firearms and Explosives reserves the right to preclude importation of any revolver or pistol which achieves an apparent qualifying score but does not adhere to the provisions of Section 925(d)(3) of Amended Chapter 44, Title 18 U.S.C.

| Pistol | | | | Revolver | | |
|---|---|---|---|---|---|---|
| Model: | | | | Model: | | |
| **Prerequisites**<br>1. The pistol must have a positive manually operated safety device.<br>2. The combined length and height must not be less than 10" with the height *(right angle measurement to barrel without magazine or extension)* being at least 4" and the length being at least 6". | | | | **Prerequisites**<br>1. Must pass safety test.<br>2. Must have overall frame (with conventional grips) length (not diagonal) of 4 1/2" minimum.<br>3. Must have a barrel length of at least 3". | | |
| Individual Characteristics | Point Value | Point Sub Total | | Individual Characteristics | Point Value | Point Sub Total |
| Overall Length | | | | Barrel Length (Muzzle to Cylinder Face) | | |
| For Each 1/4" Over 6" | 1 | | | Less than 4" | 0 | |
| Frame Construction | | | | For Each 1/4" Over 4" | 1/2 | |
|  | | | | Frame Construction | | |
| Investment Cast or Forged Steel | 15 | | | Investment Cast or Forged Steel | 15 | |
| Investment Cast of Forged Hrs Alloy | 20 | | | Investment Cast or Forged Hrs Alloy | 20 | |
| Weapon Weight W/Magazine (unloaded)<br>Per Ounce | 1 | | | Weapon Weight (Unloaded)<br>Per Ounce | 1 | |
| Caliber | | | | Caliber | | |
| .22 Short and .25 Auto | 0 | | | .22 Short to .25 ACP | 0 | |
| .22 LR and 7.65MM to .380 Auto | 3 | | | .22 LR and .30 to .38 S&W | 3 | |
| 9mm Parabellum and Over | 10 | | | .38 Special | 4 | |
| Safety Features | | | | .357 Mag and Over | 5 | |
| Locked Breach Mechanism | 5 | | | Miscellaneous Equipment | | |
| Loaded Chamber Indicator | 5 | | | Adjustable Target Sights (Drift or Click) | 5 | |
| Grip Safety | 3 | | | Target Grips | 5 | |
| Magazine Safety | 5 | | | Target Hammer and target Trigger | 5 | |
| Firing Pin Block or Lock | 10 | | | Safety Test | | |
| Miscellaneous Equipment | | | | A double action revolver must have a safety feature which automatically (or in a single action revolver by manual operation) causes the hammer to retract to a point when the firing pin does not rest upon the primer of the cartridge. The safety device must withstand the impact of a weight equal to the weight of the revolver dropping from a distance of 36" in a line parallel to the barrel upon the rear of the hammer spur, a total of 5 times. | | |
| External Hammer | 2 | | | | | |
| Double Action | 10 | | | | | |
| Drift Adjustable Target Sight | 5 | | | | | |
| Click Adjustable Target Sight | 10 | | | | | |
| Target Grips | 5 | | | | | |
| Target Trigger | 2 | | | | | |
| **Score Achieved**<br>**(Qualifying Score is 75 Points)** | | | | **Score Achieved**<br>**(Qualifying Score is 75 Points)** | | |

ATF E-Form 4590.5 (5330.5)
Revised March 2008