INNOVATOR ENTERPRISES, INC.,

Plaintiff

v.

B. TODD JONES, ACTING DIRECTOR
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

Defendant

Civil Action No. 13-0581 (JDB)

EXHIBIT 2



**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**

# FIREARMS TECHNOLOGY



# BRANCH

## Standard Operating Procedures:

## Evidence Examination of Silencers

Revised:

John Spencer
Chief, Firearms Technology Branch

8-29-11
Date

# TABLE OF CONTENTS

**1.0 OBJECTIVE** ......................................................................................................... 4

    **1.1**    Mission ......................................................................................... 4

    **1.2**    Purpose ......................................................................................... 4

    **1.3**    Benefit .......................................................................................... 4

**2.0 RECEIVING EVIDENCE** ..................................................................................... 4

    **2.1**    "Expedite" Evidence ................................................................. 4

    **2.2**    Routine Evidence ...................................................................... 5

**3.0 HANDLING EVIDENCE** ...................................................................................... 5

    **3.1**    Handling Contaminated Evidence ......................................... 5

    **3.2**    Rendering Evidence Safe .......................................................... 6

**4.0 DOCUMENTING EVIDENCE** ............................................................................ 6

    **4.1**    Report of Technical Examination ............................................ 6

    **4.2**    External Examination ................................................................ 7

    **4.3**    Internal Examination ................................................................ 7

    **4.4**    Photographs ................................................................................ 8

**5.0 FUNCTION TESTING** ........................................................................................ 8

    **5.1**    Sound Impulse Reduction Testing ......................................... 8

**6.0 TEST FIRING** ...................................................................................................... 9

    **6.1**    Silencer Received without a Firearm ..................................... 9

    **6.2**    Silencer Received with Firearm (Removable) ...................... 10

    **6.3**    Silencer Received with Firearm (Permanently Attached) ......................... 11

    **6.4**    Documenting Test Firing Results .......................................... 12

**7.0 EVIDENCE OUT PROCESSING** ...................................................................... 13

    **7.1**    Evidence Report Log Out: Review Process ......................... 13

    **7.2**    Evidence Report Log Out: After Approval ......................... 13

**8.0 EVIDENCE SHIPPING** ..................................................................................... 13

**8.1**    **Shipping Box and Packaging Reusable**.......................................................... 14

**8.2**    **Shipping Box, Packaging Material, or Both Require Replacement**......... 14

**9.0 REFERENCES AND EXHIBITS**................................................................................. **14**

**9.1**    **References** ........................................................................................................ 14

**9.2**    **Exhibits** ........................................................................................................... 14

## 1.0 OBJECTIVE

### 1.1   Mission

The Firearms Technology Branch (FTB) provides expert technical support to ATF, other Federal agencies, State and local law enforcement, the firearms industry, Congress, and the general public. FTB is responsible for rendering findings regarding the classification of suspected illegal firearms and newly designed firearms. FTB maintains an extensive firearms reference collection, as well as technical firearms reference files, a library, and firearms databases. This Branch is also responsible for the technical evaluation of firearms to determine if they meet the requirements for importation into the United States. Further, FTB provides the U.S. Department of Justice, State prosecutors' offices, District Attorneys' offices, and military courts with expert firearms testimony. This testimony includes the identification and origin of firearms and other matters relating to firearms and the firearms industry.

### 1.2   Purpose

To establish procedures for the Firearms Enforcement Officers (FEOs) when conducting evidence examinations of suspected firearm silencers. Commonly used terms for a firearm silencer may include <u>silencer</u>, <u>suppressor</u>, and <u>firearm muffler</u>. The examination of all firearm silencers submitted to the FTB will be documented.

If a suspected silencer is received with a firearm, please refer to the FTB <u>Evidence Examination of Firearms Standard Operating Procedures</u> (SOP) for further guidance. A separate SOP has also been established for the Firearms Enforcement Specialist (FES) when receiving, processing and returning evidence (FTB <u>Evidence Handling and Processing SOP</u>).

### 1.3   Benefit

To promote quality and consistent implementation of FTB silencer examinations.

## 2.0 RECEIVING EVIDENCE

### 2.1   "Expedite" Evidence

The FES will hand carry Expedite evidence to the assigned FEO with an orange case folder placed within a yellow expedite folder.

> **2.1.1**   The FEO will verify that the documentation corresponds to the evidence.

> **2.1.2**   The FEO will initial and date the corresponding entry in the FTB evidence bound book and the ATF Form 3400.11 <u>Evidence Identification Tag</u>(s) (Exhibit 1). When the FEO takes custody, the FEO is responsible for the condition, location, and storage of the evidence.

**2.1.3** The FEO will verify that the FTB <u>Work Plan Worksheet</u> (Exhibit 2) has been completed up to step 6 by the FES. During the evidence examination, the FEO is responsible for completing the rest of the Worksheet.

## 2.2    Routine Evidence

The FES will provide an orange case folder for the evidence to the assigned FEO. The evidence will remain in the FTB secured evidence staging area until it is needed for technical examination.

**2.2.1** When the FEO is ready to obtain the evidence, the FEO will compare the documentation in the orange folder to the evidence to ensure they correspond before taking custody.

**2.2.2** The FEO will initial and date the corresponding entry in the FTB evidence bound book and the ATF Form 3400.11 <u>Evidence Identification Tag</u>(s) (Exhibit 1). Once the FEO takes custody, the FEO is responsible for the condition, location, and storage of the evidence.

**2.2.3** The FEO will verify that the FTB <u>Work Plan Worksheet</u> (Exhibit 2) has been completed up to step 6 by the FES. During the evidence examination, the FEO is responsible for completing the rest of the Worksheet.

## 3.0 HANDLING EVIDENCE

## 3.1    Handling Contaminated Evidence

Evidence arriving at FTB may have been exposed to contaminants, including blood and/or chemicals. Ammunition fired through a firearm silencer with lead primers or lead bullets will leave lead dust behind that can also cause heath problems from over-exposure. When handling evidence **that is contaminated,** the following safety precautions must be followed. The FEO will alert the office as to the receipt of contaminated evidence sent in from the field.

**3.1.1** Protective equipment such as powder free rubber gloves must be worn. If necessary, the FEO may wear more than one pair of protective rubber gloves to handle the evidence.

**3.1.2** At the discretion of the FEO, safety glasses may be worn when handling contaminated evidence.

**3.1.3** Upon completion of handling contaminated evidence, hands, forearms, and any contacted areas must be immediately and thoroughly washed with warm, soapy water and/or hand sanitizer.

### 3.2    Rendering Evidence Safe

If a firearm silencer is received with a firearm, the firearm will need to be rendered safe before beginning the examination.  Per the FTB Evidence Handling and Processing SOP, a firearm should be rendered safe by the FES during in-processing.  However, each FEO is still responsible for ensuring that the firearm has been rendered safe.

> **3.2.1**    The FEO will ensure that a yellow chamber checker flag or zip tie has been placed into the barrel of the firearm to indicate that the weapon has been rendered safe.

> **3.2.2    If a yellow chamber checker flag or zip tie has not been placed into the barrel of the firearm, the FEO will treat the firearm as loaded until rendered safe.**

>> **3.2.2.1**    The FEO will always keep the muzzle pointed in a safe direction and always keep his/her finger(s) off the trigger and outside the trigger guard until the firearm has been rendered safe.

>> **3.2.2.2**    If the firearm has a magazine or other source of ammunition, the FEO will remove it if applicable.

>> **3.2.2.3**    The FEO will perform an open breech inspection of the chamber, and any other visual or physical inspection deemed necessary, to ensure the firearm is unloaded.

>> **3.2.2.4**    If a loaded firearm is submitted to the FTB, the FEO will clear the weapon in the FTB test firing range (refer to the FTB Indoor Firing Range SOP for the proper use and care of the firing range).

>> **3.2.2.5**    The FEO will insert a yellow chamber checker flag or a zip tie into the barrel of the firearm to indicate that the firearm has been rendered safe.

>> **3.2.2.6**    The FEO will notify the FTB Branch Chief (or Acting Branch Chief) when a loaded firearm is submitted to the FTB.

## 4.0 DOCUMENTING EVIDENCE

### 4.1    Report of Technical Examination

> **4.1.1**    The FEO will document the examination on ATF Form 3311.2 Firearms Technology Branch Report of Technical Examination (Exhibit 3).

> **4.1.2**    All information pertaining to the classification of evidence will be documented on the Report of Technical Examination as it is gathered.

4.1.3   Completion of the Report of Technical Examination will coincide with the completion of the evidence examination.

## 4.2    External Examination

The FEO will document external features, physical characteristics, and any other information which directly affects the classification of the evidence. These external features, physical characteristics, and other information may include:

4.2.1   External features

4.2.1.1   Front end cap

4.2.1.2   Rear end cap

4.2.1.3   Outer tube or body

4.2.2   Markings

4.2.3   Manufacturer

4.2.4   Serial number

4.2.5   Reference Material

4.2.6   Reference silencer, firearm and/or parts used from the FTB National Reference Collection (if available)

4.2.7   Additional information requested by the case agent

4.2.8   Additional documentation as needed to classify the evidence

## 4.3    Internal Examination

The FEO may disassemble the evidence for internal examination, but (except for safety reasons) disassembly should always be preceded by photography of the evidence (Section 4.4) and a function test. The FEO will document internal features, physical characteristics, and any other information which directly affects the classification of the evidence. These internal features, physical characteristics, and other information may include:

4.3.1   Sound Impulse Reduction Testing

4.3.2   Internal features

4.3.2.1   Baffles

        **4.3.2.2**  Ported tube

        **4.3.2.3**  Wipes

        **4.3.2.4**  Bleed holes

        **4.3.2.5**  Expansion chambers

        **4.3.2.6**  Baffling material

**4.3.3**  Reference material

**4.3.4**  Reference silencer, firearm and/or parts used from the FTB National Reference Collection (if available)

**4.3.5**  Additional information requested by the case agent

**4.3.6**  Additional documentation as needed to classify the evidence

**4.4**  **Photographs**

**4.4.1**  Except as provided below, the FEO may, in the FEO's discretion, photograph the evidence as received, as modified for testing, and/or in a disassembled state.

**4.4.2**  The FEO shall photograph evidence as received, modified, or disassembled, if of a unique, novel, or forensically significant design and/or construction. Such evidence may include:

        **4.4.2.1**  New silencer models

        **4.4.2.2**  New silencer technology

## 5.0 FUNCTION TESTING

**5.1**  **Sound Impulse Reduction Testing**

**5.1.1**  The FEO will follow the appropriate manufacturer's operating procedures for the test measuring equipment when conducting the testing.

        NOTE: The calibration date of the test measuring equipment will be included on the test results.

**5.1.2**  Prior to testing, the FEO will calibrate the microphone.

**5.1.3**   The FEO will position the microphone approximately 90 degrees from the muzzle of the firearm to optimize the sound-pressure level recordings, while maintaining maximum safety.

**5.1.4**   During testing, the position of the firearm, test measuring equipment, and microphone will remain constant.

**5.1.5**   Refer to Section 6.0 for test firing procedures.

**5.1.6**   After testing, the FEO will confirm the prior calibration of the microphone to verify the validity of the results.

**5.1.7**   The FEO will record the results of the Sound Impulse Reduction Testing on the Report of Technical Examination.

## 6.0 TEST FIRING

Refer to the FTB Indoor Firing Range SOP for the proper use and care of the firing range. If the FEO is unable to test the evidence due to evidence construction and/or safety issues, the FEO will contact the case agent before proceeding further.

**6.1**   **Silencer Received without a Firearm**

**6.1.1**   In all instances, the FEO should attempt to test fire the evidence as received.

**6.1.2**   If the silencer is received in a non-functioning condition (missing or broken parts) and the FEO determines the evidence can be readily restored, the FEO should attempt to do so before test firing.

  **6.1.2.1**   The FEO will check for any obstructions within the silencer before test firing.

   **NOTE:** A removed obstruction will be kept with the evidence.

  **6.1.2.2**   The FEO will contact the case agent if the evidence requires modification to test fire.

**6.1.3**   If requested by the case agent, every effort will be taken to test the silencer on a particular firearm (make, model, caliber, barrel length, etc.). If no particular firearm is requested, the FEOs will decide which firearm to use for test firing.

   **NOTE:** The FEO may use an adaptor to attach the silencer to the firearm.

**6.1.4**   If there is reason to doubt the safety of the firearm or the ammunition used in it, the FEO may decide not to fire the firearm or to test fire the firearm remotely.

6.1.5    The FEO will select the proper ammunition for the firearm.

    6.1.5.1    When test firing with .22LR caliber ammunition in a pistol or short-barreled rifle, standard velocity or sub-sonic velocity ammunition should be utilized instead of high-velocity ammunition.

    6.1.5.2    Ammunition utilized during the testing should be from the same manufacturer, lot, and/or box.

6.1.6    The FEO will load and fire one round of ammunition to determine operability of the firearm.

6.1.7    If the silencer is determined operable, the FEO will perform Sound Impulse Reduction Testing with and without the silencer.

## 6.2    Silencer Received with Firearm (Removable)

6.2.1    In all instances, the FEO should attempt to test fire the evidence as received. If necessary, clean and lubricate the submitted firearm to facilitate functioning.

6.2.2    If the evidence is received in a non-functioning condition (missing or broken parts) and the FEO determines the evidence can be readily restored to fire, the FEO should attempt to do so before test firing.

    6.2.2.1    The FEO will check for any obstructions within the silencer and firearm before test firing.

        **NOTE:** A removed obstruction will be kept with the evidence.

    6.2.2.2    The FEO will contact the case agent if the evidence requires modification to test fire.

6.2.3    If there is reason to doubt the safety of the firearm or the ammunition used in it, the FEO may decide not to fire the firearm or to test fire the firearm remotely.

6.2.4    Select the proper ammunition for the firearm.  The FEO will determine if the firearm is chambered for the ammunition recommended by the manufacturer or if the firearm has been rechambered for a different cartridge.

    6.2.4.1    The caliber of the firearm can be determined using the following techniques:

        6.2.4.1.1    Barrel inspection

        **6.2.4.1.2**   Chamber inspection

        **6.2.4.1.3**   Measuring the chamber with headspace gauges

        **6.2.4.1.4**   Casting of chamber

        **6.2.4.1.5**   Markings on firearm

    **6.2.4.2**   If ammunition is submitted with the firearm, it may only be used for test firing with approval from the case agent.

    **6.2.4.3**   When test firing with .22LR caliber ammunition in a pistol or short-barreled rifle, standard velocity or sub-sonic velocity ammunition should be utilized instead of high-velocity ammunition.

    **6.2.4.4**   Ammunition utilized during the testing should be from the same manufacturer, lot, and/or box.

  **6.2.5**   The FEO will load and fire one round of ammunition to determine operability of the firearm.

  **6.2.6**   If determined operable, the FEO will perform Sound Impulse Reduction Testing with and without the silencer.

**6.3**    **Silencer Received with Firearm (Permanently Attached)**

  **6.3.1**   In all instances, the FEO should attempt to test fire the evidence as received. If necessary, clean and lubricate the submitted firearm to facilitate functioning.

  **6.3.2**   Every effort will be made to closely replicate the evidence firearm without a silencer (make, model, caliber, barrel length, etc.).

  **6.3.3**   If the evidence is received in a non-functioning condition (missing or broken parts) and the FEO determines the evidence can be readily restored to fire, the FEO should attempt to do so before test firing.

    **6.3.3.1**   The FEO will check for any obstructions within the silencer and firearm before test firing.

        **NOTE:** A removed obstruction will be kept with the evidence.

    **6.3.3.2**   The FEO will contact the case agent if the evidence requires modification to test fire.

**6.3.4**   If there is reason to doubt the safety of the firearm or the ammunition used in it, the FEO may decide not to fire the firearm or to test fire the firearm remotely.

**6.3.5**   Select the proper ammunition for the firearm. The FEO will determine if the firearm is chambered for the ammunition recommended by the manufacturer or if the firearm has been rechambered for a different cartridge.

    **6.3.5.1**   The caliber of the firearm can be determined using the following techniques:

        **6.3.5.1.1**   Barrel inspection

        **6.3.5.1.2**   Chamber inspection

        **6.3.5.1.3**   Measuring the chamber with headspace gauges

        **6.3.5.1.4**   Casting of chamber

        **6.3.5.1.5**   Markings on firearm

    **6.3.5.2**   If ammunition is submitted with the firearm, it may only be used for test firing with approval from the case agent.

    **6.3.5.3**   When test firing with .22LR caliber ammunition in a pistol or short-barreled rifle, standard velocity or sub-sonic velocity ammunition should be utilized instead of high-velocity ammunition.

    **6.3.5.4**   Ammunition utilized during the testing should be from the same manufacturer, lot, and/or box.

**6.3.6**   The FEO will load and fire one round of ammunition to determine operability of the firearm.

**6.3.7**   If determined operable, the FEO will perform Sound Impulse Reduction Testing on the submitted firearm and a comparable firearm without silencer.

## 6.4   Documenting Test Firing Results

The FEO will document the test firing results in the Report of Technical Examination.

**6.4.1**   Number of cartridges expelled

**6.4.2**   Ammunition caliber

**6.4.3**   Date of testing

**6.4.4**   Additional information may include:

    **6.4.4.1**   Misfires

    **6.4.4.2**   Modifications

    **6.4.4.3**   Cleaning of the firearm

## 7.0 EVIDENCE OUT PROCESSING

**7.1**   **Evidence Report Log Out: Review Process**

    **7.1.1**   The FEO will forward the Report of Technical Examination to the FTB Writer/Editor for review.

    **7.1.2**   The FEO will review the Writer/Editor's comments and modify the Report of Technical Examination if appropriate.

    **7.1.3**   The FEO will sign the Report of Technical Examination.

    **7.1.4**   The FTB Assistant Chief will review the Report of Technical Examination.

    **7.1.5**   The FTB Chief will perform a secondary review of the Report of Technical Examination and sign.

**7.2**   **Evidence Report Log Out: After Approval**

    **7.2.1**   The Report of Technical Examination will be date stamped.

    **7.2.2**   Three copies of the Report of Technical Examination will be produced.

    **7.2.3**   The original report will be sent to the ATF Agent by U.S. mail.

    **7.2.4**   One copy of the Report of Technical Examination will be maintained in the evidence folder, one copy will be kept by the FEO for his/her records, and one copy will be included with the evidence when it is returned.

## 8.0 EVIDENCE SHIPPING

The FEO will determine if the shipping box and packaging received with the evidence will be able to maintain the integrity of the evidence if used again for shipment.

**8.1    Shipping Box and Packaging Reusable**

The FEO will ship the evidence by common or contract carrier.  The FTB will use a carrier with the ability to track the shipment.

**8.2    Shipping Box, Packaging Material, or Both Require Replacement**

> **8.2.1**    The FEO will replace the shipping box, packaging material, or both to ensure the integrity of the evidence during shipment.

> **8.2.2**    The FEO will ship the evidence by common or contract carrier.  The FTB will use a carrier with the ability to track the shipment.

**9.0 REFERENCES AND EXHIBITS**

**9.1    References**

1.    ATF Safety and Security Information for Federal Firearms Licensees, ATF Publication 3317.2.

2.    Federal Firearms Regulations Reference Guide, ATF Publication 5300.4.

3.    Forensic Examination Guidelines for Silencers, Scientific Working Group for Firearms and Toolmarks.

**9.2    Exhibits**

Exhibit 1       ATF Form 3400.11, Evidence Identification Tag.

Exhibit 2       FTB Work Plan Worksheet.

Exhibit 3       ATF Form 3311.2, Firearms Technology Branch Report of Technical Examination.

Exhibit 1 ATF Form 3400.11, Evidence Identification Tag

Front



Back

Exhibit 2 FTB Work Plan Worksheet



**Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives
*Firearms Technology Branch*
244 Need Road
Martinsburg, WV 25405
Telephone: (304) 616-4300  Facsimile: (304) 616-4301

## WORK PLAN

The Firearms Enforcement Officer (FEO) must document the results of each step beginning with step 6 and continuing through step 13 contained within this work plan as the steps are performed. The documentation may include but is not limited to notes, photographs, or sketches. The steps may be documented within the ATF Form 3311.2 Report of Technical Examination without the use of additional notes. This work plan is a guide for the FEO to utilize to complete an evidence examination. The FEO should ensure that he/she follows the appropriate FTB Procedure based upon the type of evidence being examined.

1. Receive evidence;

2. Verify and include the FTB number here: _____;

3. Perform safety check of physical item(s);

4. Verify items of evidence are consistent with the written evidence transmittal ATF From 3311.3 and the evidence tag(s);

5. Sign evidence transmittal tag(s);

6. Verify submitters request;

7. Begin completing top portion of the ATF Form 3311.2, Report of Technical Examination;

8. Begin examination (see appropriate FTB Guidelines based upon the type of firearm being examined);

9. Perform initial physical examination and notate any external physical modifications(s) (see appropriate FTB Guidelines based upon the type of firearm being examined);

10. If necessary, perform research utilizing ATF sources to include but not limited to National Reference Library, National Reference Collection, database, J-File, internet research etc.;

11. If possible, fire the weapon before disassembly;

12. After firing weapon, disassemble and notate any internal modifications that have been made to the evidence item;

13. Formulate conclusion; and

14. Place a copy of all documentation utilized in the formulation of the examination in the file folder with a copy of the final report. All hand written or typed case notes should go in a pink envelope and marked "case notes" and then sealed by the FEO.

Signed: _____   dated: _____

Exhibit 3 ATF Form 3311.2, Firearms Technology Branch Report of Technical Examination

| U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms and Explosives | **Firearms Technology Branch**<br>**Report of Technical Examination** |
|---|---|

|  | Firearms Technology Branch<br>244 Needy Road<br>Martinsburg, WV 25401<br><br>Phone: 304-260-1699<br>Fax: 304-260-1701 |
|---|---|
| To:<br><br>Special Agent<br>Bureau of Alcohol, Tobacco, Firearms and Explosives | Date:<br><br>IN #<br><br>RE:<br><br>FTB # |

| Date Exhibits Received: | Type of Examination Requested: |
|---|---|
| Delivered By: | Test, Examination, Classification |

ATF Form 3311..2
Revised April 2004