UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INNOVATOR ENTERPRISES, INC.,** )<br>     **Plaintiff** )<br> )<br>v.   )<br> )<br>**B. TODD JONES, Acting Director,** )<br>**Bureau of Alcohol, Tobacco, Firearms and** )<br>**Explosives,** )<br>     **Defendant** )<br>_____) | **Civil Action No. 13-0581 (JDB)** |

**PARTIES' JOINT MOTION FOR BRIEFING SCHEDULE**

Defendant, B. Todd Jones, Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and Plaintiff, Innovator Enterprises, Inc., (hereinafter the "Parties"), by and through undersigned counsel, respectfully request that the Court adopt the briefing schedule described herein.

On April 26, 2013, Plaintiff filed a Complaint in this matter.  ECF No. 1.  On July 31, 2013, Defendant filed a Motion to Dismiss or, in the Alternative, for Summary Judgment.  ECF No. 9.  Pursuant to Federal Rule of Civil Procedure 6(d) and Local Civil Rule 7(b), Plaintiff's Opposition will be due on August 19, 2013.  Defendant's Reply will be due on August 29, 2013. *See* Federal Rule of Civil Procedure 6(d); Local Civil Rule 7(d).

On August 8, 2013, the Parties conferred about the current briefing schedule.  Counsel for the Defendant will be on leave from August 12 through and including August 26, 2013 and, therefore, will have only a short period of time in which to reply to any opposition filed by Plaintiff.  Counsel for Plaintiff indicated that he would like to file a Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment in the matter. Therefore, the Parties proposed the following briefing schedule which they request the Court to

adopt:

| Filing | Due Date |
|---|---|
| Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | August 27, 2013 |
| Defendant's Opposition to Plaintiff's Cross-Motion For Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | September 16, 2013 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment | September 27, 2013 |

For the reasons cited above, the Parties respectfully request that the proposed schedule be adopted.  An Order granting the relief sought is attached hereto.

Dated:  August 9, 2013

Respectfully submitted,

| | |
|---|---|
| DAN M. PETERSON<br>D.C. Bar # 418360<br>3925 Chain Bridge Road<br>Suite 403<br>Fairfax, VA  22030<br>(703) 352-7276 (telephone)<br>(703) 359-0938 (facsimile)<br>dan@danpetersonlaw.com<br><br>Attorney for Plaintiff | RONALD C. MACHEN JR.<br>D.C. Bar # 447889<br>United States Attorney<br><br>DANIEL F. VANHORN<br>D.C. Bar # 924092<br>Chief, Civil Division<br><br> */s/ Marian L. Borum*<br>MARIAN L. BORUM<br>D.C. Bar # 435409<br>Assistant United States Attorney<br>Civil Division<br>555 Fourth Street, N.W.<br>Washington, D.C.  20530<br>(202) 514-6531 (telephone)<br>(202) 514-8780 (facsimile)<br>Marian.L.Borum@usdoj.gov<br><br>Attorneys for Defendant |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INNOVATOR ENTERPRISES, INC.,** )<br>      **Plaintiff** )<br>)<br>v. )<br>)<br>**B. TODD JONES, Acting Director,** )<br>**Bureau of Alcohol, Tobacco, Firearms and** )<br>**Explosives,** )<br>      **Defendant** )<br>_____) | **Civil Action No. 13-0581 (JDB)** |

## **ORDER**

This matter is before the Court on the Parties' Joint Motion for Briefing Schedule. Upon consideration of this Motion and the entire record of this case, it is this \_\_\_\_\_ day of _____, 2013,

ORDERED that the motion is GRANTED;

FURTHER ORDERED that the Parties' requested briefing schedule shall be adopted.

_____
UNITED STATES DISTRICT JUDGE