UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INNOVATOR ENTERPRISES, INC.,<br><br>     Plaintiff,<br><br>          v.<br><br>B. TODD JONES, Director, United States Bureau of Alcohol, Tobacco, Firearms & Explosives,<br><br>     Defendant. | Civil Action No. 13-581 (JDB) |

## ORDER

Upon consideration of [9] defendant's motion to dismiss, [9] [12] the parties' cross-motions for summary judgment, the parties' memoranda, the arguments presented at the motions hearing on February 21, 2014, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [9] defendant's motion to dismiss is **DENIED**; it is further

**ORDERED** that [9] [12] the parties' cross-motions for summary judgment are **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that summary judgment is **GRANTED** in favor of plaintiff and against defendant on plaintiff's Administrative Procedure Act claim; it is further

**ORDERED** that summary judgment is **GRANTED** in favor of defendant and against plaintiff on plaintiff's declaratory judgment claim; it is further

**ORDERED** that the agency action embodied by the September 14, 2012 letter from John R. Spencer to Edwin Whitney is **VACATED**; and it is further

**ORDERED** that this matter is **REMANDED** to the Bureau of Alcohol, Tobacco, Explosives and Firearms for further proceedings consistent with the Memorandum Opinion issued on this date.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: March 19, 2014